TYLER T. RASMUSSEN (SBN 271987)
trasmussen@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

JS-6

Attorneys for Defendant
CAPSTONE LOGISTICS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RICARDO RAMOS, an individual, | Case No.: 2:25-cv-11239-JFW(ASx) |
| Plaintiff, | **ORDER** |
| v. | Complaint Filed: September 15, 2025<br>Trial Date: Not Set |
| CAPSTONE LOGISTICS, LLC, a corporate entity form unknown; 99 CENTS ONLY STORES, LLC, a corporate entity form unknown; and DOES 1-50, inclusive, | |
| Defendants. | |

**ORDER**

Good cause having been shown in the JOINT STIPULATION TO BINDING ARBITRATION filed on December 17, 2025, docket no. 8, the Court orders that Plaintiff arbitrate his claims in accordance with the terms of the Parties' Arbitration Agreement and the instant Stipulation, and that all proceedings in this case are stayed pending the completion of arbitration between the Parties. This Court retains jurisdiction to enforce the terms set forth in this Stipulation, the Agreement, the arbitration award, and any other matter for which the Court has jurisdiction under the law.

The clerk is directed to administratively close this case.

**IT IS SO ORDERED.**

DATED: December 18, 2025

_____
Honorable John F. Walter
U.S. District Court, Central District of California